AO 245 B (Rev. 06/05)(W.D.TX.) - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Western District of Texas
### EL PASO DIVISION

FILED
JUN 2 2 2009
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA

v.

TORIBIO OCON-MARTINEZ,
aka: Miguel Montanez,
aka: Victor Sigala

Defendant.

Case Number    EP-09-CR-507 PRM
USM Number    DER09000-051

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, TORIBIO OCON-MARTINEZ, aka: Miguel Montanez, Victor Sigala, was represented by Marina Chavez-Soto.

The defendant pled guilty to Count 1 of the Indictment on March 31, 2009. Accordingly, the defendant is adjudged guilty of such Count, involving the following offense:

| Title & Section | Nature of Offense | Date of Offense | Count |
|---|---|---|---|
| 8 U.S.C. 1326 | Illegal re-entry | 2-1-2009 | 1 |

As pronounced on June 18, 2009, the defendant is sentenced as provided in pages 2 through 4 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 and the Notice of Intent to Seek Increased Statutory Penalty filed February 25, 2009.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the _19_ day of June, 2009.

_____
PHILIP R. MARTINEZ
United States District Judge

A true copy of the original, I certify.
Clerk, U. S. District Court

By _____
Deputy

Judgment--Page 2

Defendant: TORIBIO OCON-MARTINEZ, aka: Miguel Montanez, Victor Sigala
Case Number: EP-09-CR-507 PRM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of twenty-seven (27) months with credit for time served while in custody for this federal offense.

The Court makes the following recommendations to the Bureau of Prisons:

That the defendant receive treatment and counseling for substance abuse while incarcerated.

Defense counsel requests that the defendant serve this sentence at F. C. I., Big Spring, Texas.

The defendant shall remain in custody pending service of sentence.

## RETURN

I have executed this Judgment as follows:

_____

Defendant delivered on __9-14-09__ to __Dalby__

at __Post TX__, with a certified copy of this Judgment.

Warden F. Dixon
United States Marshal

By __Herridge, Records__
Deputy Marshal

Defendant: TORIBIO OCON-MARTINEZ, aka: Miguel Montanez, Victor Sigala
Case Number: EP-09-CR-507 PRM

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on non-reporting supervised release for a term of three (3) years.

While on non-reporting supervised release, the defendant shall comply with the following conditions:

__x__   The defendant shall not enter the United States without legal documents.

__x__   The defendant shall not commit any other federal, state or local crime.

__x__   The mandatory drug testing provision of the Violent Crime Control and Law Enforcement Act of 1994 is suspended.

__x__   If the defendant is excluded, deported or removed upon release from imprisonment, the term of supervised release shall be non-reporting supervised release. If the defendant lawfully re-enters the United States during the term of supervised release, the defendant shall immediately report in person to the nearest U.S. Probation Office.

Defendant: TORIBIO OCON-MARTINEZ, aka: Miguel Montanez, Victor Sigala
Case Number: EP-09-CR-507 PRM

## CRIMINAL MONETARY PENALTIES/ SCHEDULE

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth. Unless the Court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. Criminal Monetary Penalties, except those payments made through Federal Bureau of Prisons' Inmate Financial Responsibility Program shall be paid through the Clerk, United States District Court, 511 E. San Antonio Street, Room 219 El Paso, Texas 79901.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTAL: | $100.00 | $0 | $0 |

### Special Assessment

It is ordered that the defendant shall pay to the United States a special assessment of $100.00.

### Fine

The fine is waived because of the defendant's inability to pay.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column above. However, pursuant to 18 U.S.C. § 3664(i), all non-federal victims must be paid before the United States is paid.

If the fine is not paid, the court may sentence the defendant to any sentence which might have been originally imposed. See 18 U.S.C. §3614.

The defendant shall pay interest on any fine or restitution of more than $2,500.00, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. §3612(f). All payment options may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.

Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.